**FILED**

SEP 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MCARTHUR,                              No. C 05-02894 MHP

         Plaintiff(s),              **ORDER**

  v.

MERCK & CO.,INC.,

         Defendant(s).
_____/

    This matter having been stayed pending MDL determination, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: _Sept. 21, 2005_

                                MARILYN HALL PATEL
                                United States District Judge